

# NUMBER 13-13-00340-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MARK MERU,                                                    Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

### On appeal from the 117th District Court
### of Nueces County, Texas.

# O R D E R

### Before Justices Garza, Benavides, and Longoria
### Order Per Curiam

This cause is before the Court on appellant's motion to withdraw original State's exhibit 3, a video statement. Appellant requests to withdraw, or alternatively be provided a copy of State's exhibit 3.

The Court, having fully examined and considered appellant's motion to withdraw original State's exhibit 3, is of the opinion the motion should be granted. Appellant's

motion is hereby GRANTED. The Clerk of the Court is hereby directed to provide a copy

of State's exhibit 3 to the Honorable Danice L. Obregon.


PER CURIAM

Do Not Publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed this
3rd day of November, 2015.